**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**



F I L E D
AUG 1 6 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MARCUS KEON RUFFIN,  )
                              )
     Petitioner,  )
                              )
v.                            )     Civil Action No. 3:18CV463–HEH
                              )
HAROLD W. CLARKE,  )
                              )
     Respondent.  )

## MEMORANDUM OPINION
**(Dismissing 28 U.S.C § 2254 Petition Without Prejudice)**

Petitioner, a Virginia state prisoner proceeding *pro se*, submitted a 28 U.S.C.

§ 2254 petition. By Memorandum Order entered on July 23, 2018, the Court directed

Petitioner, within fifteen (15) days of the date of entry thereof, to complete and return the

*in forma pauperis* affidavit. The Court warned Petitioner it would dismiss this action if

he failed to comply with the above requirement. More than fifteen (15) days have

elapsed since the entry of the July 23, 2018 Memorandum Order, and Petitioner has not

responded. Accordingly, the action will be dismissed without prejudice. The Court will

deny a certificate of appealability.

An appropriate order will accompany this Memorandum Opinion.

It is so ordered.

                                              /s/
                                    Henry E. Hudson
                                    Senior United States District Judge

Date: Aug 16, 2018
Richmond, Virginia